

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA FRISON | Case No. 23 CR 573<br><br>Violations: Title 18, United States Code, Sections 3 and 922(k)<br><br>**INFORMATION** |

JUDGE THARP JR.
MAGISTRATE JUDGE VALDEZ

### COUNT ONE

The ACTING UNITED STATES ATTORNEY charges:

On or about October 25, 2023, at Evergreen Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSHUA FRISON,

defendant herein, knowing that Individual 1 and Individual 2 had committed an offense against the United States, namely, bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), did knowingly receive, relieve, comfort, and assist Individual 1 and Individual 2 in order to hinder and prevent the apprehension, trial, and punishment of Individual 1 and Individual 2;

In violation of Title 18, United States Code, Section 3.

## COUNT TWO

The ACTING UNITED STATES ATTORNEY further charges:

On or about October 25, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSHUA FRISON,

defendant herein, did knowingly possess a firearm, namely, a Mossberg 20-gauge Maverick Arms Model 88 shotgun, from which the manufacturer's serial number had been removed, altered, and obliterated, which firearm had been transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(k).

**FORFEITURE ALLEGATION**

The ACTING UNITED STATES ATTORNEY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(k), as set forth in this Information, defendant shall forfeit to the United States of America any firearm involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Mossberg 20-gauge Maverick Arms Model 88 shotgun, from which the manufacturer's serial number had been removed, altered, and obliterated.

3. If any of the forfeitable property described above, as a result of any act or omission by defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

                                            ANDREW ERSKINE
                                            Digitally signed by ANDREW ERSKINE
                                            Date: 2024.02.21 15:13:12 -06'00'

                                            Signed by Andrew C. Erskine for the
                                            ACTING UNITED STATES ATTORNEY